IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3079 |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW LAMAR CAMPBELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the motion for a substance abuse evaluation (filing 31) will be taken up at the change of plea hearing scheduled for September 25, 2009, at 2:00 p.m. The Pretrial Services Officer assigned to this case shall be present at that time to advise the undersigned regarding the defendant's motion.

DATED this 9th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge