IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3079 |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| ANDREW LAMAR CAMPBELL, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motion to continue his change of plea hearing and the hearing on his motion for substance abuse evaluation, (filing no. 34), is granted, and

2) The hearing presently scheduled for Friday, September 25, 2009 at 2:00 P.M. is cancelled. Counsel shall contact my judicial assistant, Kris Leininger, on Monday, September 28, 2009 to arrange a new date and time. The time remains excluded for Speedy Trial Act purposes.

DATED this 25th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge