IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3079-2 |
| | ) | |
| V. | ) | |
| | ) | |
| ANDREW LAMAR CAMPBELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the motion (filing 31) submitted by the defendant is granted in that Pretrial Services shall conduct an investigation of the proposed third party custodian and shall submit a written report to the undersigned and counsel regarding the defendant's proposal for release. Otherwise, the motion is denied.

DATED this 4th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge