IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3079 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ANDREW LAMAR CAMPBELL, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the motion for release upon conditions filed by defendant Andrew Lamar Campbell, (filing no. 53), is denied.

DATED this 30th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge