IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:09cr3079 |
| vs. | ) | |
| | ) | |
| ANDREW LAMAR CAMPBELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is the request for transcript of hearings held on 10/21/09, 11/4/09, and 1/26/10 [125].

IT IS ORDERED:

1. The request for transcript, filing [125] is granted.

2. Andrew Campbell, is ordered to pay to the **Clerk of Court** the amount of $200.75. Should the cost of the transcripts exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $200.75, a refund check will be issued.

3. Upon receipt of this fee, the Court Reporter is ordered to prepare a transcript of the hearings held on 10/21/09, 11/04/09, and 1/26/10. A paper copy of the transcripts shall be mailed to the requestor.

Dated: January 14, 2013.

BY THE COURT:

s/*Richard G. Kopf*
Senior United States District Judge